NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.,
*Plaintiffs-Appellants,*

v.

ALTAIR EYEWEAR, INC.,
*Defendant-Appellee.*

---

2012-1102

---

Appeal from the United States District Court for the District of Massachusetts in case no. 10-CV-12202, Judge William G. Young.

---

## ON MOTION

---

## ORDER

Altair Eyewear, Inc. moves with the consent of the appellants for an extension of time, until May 29, 2012, to respond to Aspex Eyewear, Inc., et al.'s motion to preclude Altair from relying on certain documents included in the joint appendix and to strike those documents from the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 18 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Nicodema, Esq.
Tracy Zurzolo Quinn, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 18 2012

JAN HORBALY
CLERK